IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TERRI V. STRICKLAND

    Plaintiff,

      v.                           CIVIL ACTION FILE
                                  NO. 1:15-CV-3400-TWT

TYLER PERRY

    Defendant.

**ORDER**

This is a pro se action for copyright infringement. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending denying the Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 1]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion to Proceed in Forma Pauperis [Doc. 1] is DENIED.

SO ORDERED, this 4 day of December, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Bryant\ifp.wpd